```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/26/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
EUGENE DALMIDA,                                                :
                                                               :
                                    Plaintiff,                 :      1:23-cv-9907-GHW
                                                               :
                        -v –                                   :      ORDER
                                                               :
RYDER TRUCK RENTAL, INC., *et al.*,                            :
                                    Defendants.                :
                                                               :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

  In their proposed case management plan and scheduling order, the parties indicated that they consented to proceeding before a magistrate judge. Dkt. No. 17. At the December 22, 2023 conference, the parties confirmed that they consented to proceeding before a magistrate judge. During the conference, the Court provided a detailed explanation of how the parties could file the required form indicating their consent.

  The Court has not yet received the required form indicating consent. If the parties do not submit the consent form by December 29, 2023, they are ordered to submit a joint letter to the Court by December 29, 2023 containing proposals for the date on which Court should reschedule the initial pretrial conference.

  SO ORDERED.

Dated: December 26, 2023

                        _____
                          GREGORY H. WOODS
                         United States District Judge